# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*
Terena Sherese Rice

Debtor(s)
_____/

Chapter: 13
Case Number: 24-42928
Judge: Mark A. Randon

## OBJECTION TO MICHIGAN DEPARTMENT OF TREASURY PROOF OF CLAIM (PACER NO. 11-1)

NOW COMES, Debtor Terena Sherese Rice, by and through their attorney, Fairmax Law PLLC, in support of their objection to the Michigan Department of Treasury Proof of Claim filed on September 6, 2024, states as follows:

1. Debtor filed for Chapter 13 relief on March 25, 2024.
2. Creditor, Michigan Department of Treasury, on September 6, 2024, filed a proof of claim No. 11-1 –a priority claim for unfiled taxes for years 2022, and 2023.
3. Debtor is disputing that they owe the amounts being claimed because these tax returns have now been filed and the priority portion of the claim should be amended to $6747.00.

WHEREFORE, Debtor respectfully request that this Honorable court sustain their Objection to the Proof of Claim filed by Michigan Department of Treasury.

Respectfully Submitted,

**FAIRMAX LAW PLLC**

/s/ David Ienna
David Ienna (P77170)
Attorney for Debtor
Fairmax Law PLLC
22161 Outer Dr
Dearborn, MI 48124
(888) 324-7629
david@fairmaxlaw.com

Dated: October 14, 2024

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*
Terena Sherese Rice

                Debtor

Chapter: 13
Case Number: 24-42928
Judge: Mark A. Randon

_____/

**(Proposed)**
**ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 1-1 FILED BY MICHIGAN DEPARTMENT OF TREASURY**

    This matter having come before the Court by way of objection of the Chapter 13 Debtor to the allowance of above-referenced claim and service having been made with a notice of hearing allowing a thirty-three (33) day notice period pursuant to F.R.Bankr.P. 3007, the requisite time having passed without a response having been timely served and the Court being otherwise sufficiently advised in the premises;

    **IT IS HEREBY ORDERED** that Claim No. 1-1 is disallowed to the extent it estimates liability for the unfiled tax returns for years 2022, and 2023.

    **IT IS FUTHER ORDERED** that the Chapter 13 Trustee is not required to recoup any funds already paid to the Creditor.

# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*
Terena Sherese Rice

Chapter: 13
Case Number: 24-42928
Judge: Mark A. Randon

Debtor(s)
_____/

## NOTICE OF OBJECTION TO PROOF OF CLAIM

The Debtor in the above captioned matter has filed an objection to your claim in this Bankruptcy Case.

<u>Your claim may be reduced, modified, or eliminated</u>. You should read these papers carefully and discuss them with you attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before 11/06/2024, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

   U.S. Bankruptcy Court-Court Clerk 211
   W. Fort Street
   Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:

1. Fairmax Law PLLC, Attn: David Ienna 22161 Outer Dr, Dearborn, MI 48124

2. Krispen S. Carroll, Chapter 13 Trustee, 26999 Central Park Blvd Ste 125, Southfield, MI 48076

3. Attend the hearing on the objection, scheduled to be held on 11/20/2024, at 2:00 p.m. on the 18th floor at 211 West Fort St, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

**If you or your attorney do not take these steps, the court may decide that**

**you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

                                              Respectfully Submitted,

                                              **FAIRMAX LAW PLLC**

                                              /s/ David Ienna
David Ienna (P77170)
Attorney for Debtor
Fairmax Law PLLC
22161 Outer Dr
Dearborn, MI 48124
(888) 324-7629
david@fairmaxlaw.com

Dated: October 14, 2024

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*
Terena Sherese Rice

Chapter: 13
Case Number: 24-42928
Judge: Mark A. Randon

Debtor(s)
_____/

## CERTIFICATE OF SERVICE

     I hereby certify that on October 14, 2024, a copy of **the Objection to Michigan Department of Treasury Proof of Claim (Pacer Claim No. 11-1)**, proposed order, notice to respondent, and this certificate of service was served electronically or by regular United States mail to the following:

**Michigan Department of Treasury**
Bankruptcy Unit, P.O. Box 30168
Lansing, MI 48909

**Michigan Department of Attorney General**
Collections Division
Cadillac Place Building
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202

Respectfully Submitted,

**FAIRMAX LAW PLLC**

/s/ David Ienna
David Ienna (P77170)
Attorney for Debtor
Fairmax Law PLLC
22161 Outer Dr
Dearborn, MI 48124
(888) 324-7629
david@fairmaxlaw.com

Dated: October 14, 2024